2011 SEP 12 P 12:21

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAORONG LIAO, Derivatively on behalf of Universal Travel Group, Inc.,

Plaintiff,

vs.

JIANGPING JIANG, et al.,

Defendant(s).

Case # 2:11-CV-1112 LRH-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Brian D. Long_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Kennett Square_____.
   (city)

   ___Chester County___ , ___PA___
   (county)           (state)

2. That Petitioner is an attorney at law and a member of the law firm of

   _____Rigrodsky & Long, P.A._____ with offices at

   _____919 N. Market Street, Suite 980_____,
                    (street address)

   __Wilmington__ , __19801__ , __(302) 295-5310__ .
   (city)          (zip code)    (area code + telephone number)

   __bdl@rigrodskylong.com__
   *(Email address)*

Paid Amt $ 175.00  Date 9/12/11
Receipt # 1109  Initials [signature]
0978-2111/09

3. That Petitioner has been retained personally or as a member of the law firm by ___Shaorong Liao (Plaintiff)___ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ___8/2003___, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of ___Delaware___
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of PA | 11/1998 | 82370 |
| D. Del. | 8/2003 | 4347 |
| E.D. Pa. | 3/1999 | |
| W.D. Pa. | 9/2001 | |
| 3d Cir. | 8/2002 | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

NO

8. That Petitioner is a member of good standing in the following Bar Associations:

Delaware State Bar Association
Pennsylvania Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ____DELAWARE____
COUNTY OF ____NEW CASTLE____

____Brian D. Long____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

__31st__ day of ____August____, __2011__.

_____
Notary public or Clerk of Court

Noah R. Wortman
Notary Public
State of Delaware
My Commission Expires April 4, 2012

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Martin A. Muckleroy____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Cooksey, Toolen, Gage, Duffy & Woog
3930 Howard Hughes Parkway
Las Vegas, NV 89169 / (702) 949-3100

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Martin A. Muckleroy_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  9634
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

**Korin Garner**

---

From:             paygovadmin@mail.doc.twai.gov
Sent:             Friday, September 09, 2011 9:26 AM
To:               Korin Garner
Subject:          Pay.Gov Payment Confirmation


THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.


Transaction Summary

Application Name: NVD CM ECF
Pay.gov Tracking ID: 254D2T06
Agency Tracking ID: 0978-2111109
Transaction Type: Sale
Transaction Date: Sep 9, 2011 12:25:35 PM

Account Holder Name: Phil woog
Transaction Amount: $175.00
Billing Address: 3930535 Anton Blvd Tenth Floor
City: Costa Mesa
State/Province: CA
Zip/Postal Code: 92626
Country: USA
Card Type: AmericanExpress
Card Number: ************5131

*This verified Petition was E-filed but Charged the $175. The filing for some reason did not get completed. So I was instructed to file over the counter with a copy of the paid receipt.*

1