# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAORONG LIAO,<br><br>                Plaintiff,<br><br>    v.<br><br>JIANGPING JIANG, *et al.*,<br><br>                Defendants. | Case No. 2:11-cv-01112-APG-CWH<br><br>**ORDER DISMISSING CASE** |

On July 11, 2012, this Court entered its Order stating, in pertinent part: "Notice is hereby given that this action shall be dismissed without prejudice as to [Defendants] unless on or before 08/10/2012 there is filed with the clerk proof of service on the [Defendants], which service must have taken place prior to the expiration of the 120−day time limit set forth in Fed.R.Civ.P. 4(m), or good cause is shown why such service was not made in that period."  To date, Plaintiff has not filed such proof of service.  Accordingly,

    **IT IS HEREBY ORDERED** that this case is DISMISSED without prejudice.

Dated:  May 28, 2013

                                                                         _____
                                                                         ANDREW P. GORDON
                                                                         UNITED STATES DISTRICT JUDGE